## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO CLARK** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 13-2204** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |
| *Defendant* | : | |

## O R D E R

**AND NOW,** this 25th day of October, 2013, upon consideration of Defendants' second *motion to dismiss* [ECF 7], Plaintiff's response [ECF 10], and the allegations contained in the amended complaint [ECF 8], and for the reasons set forth in the Memorandum filed on this day, it is hereby **ORDERED** that the motion to dismiss, as requested, is **GRANTED**, and all claims contained in the amended complaint, with the exception of Count VI, Malicious Prosecution, are dismissed, with prejudice.

**BY THE COURT:**

_____
**NITZA I. QUIÑONES ALEJANDRO, J.**