# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTONIO CLARK** : | **CIVIL ACTION** |
| *Plaintiff* : | |
| : | **NO. 13-2204** |
| v. : | |
| : | |
| **CITY OF PHILADELPHIA, et al.** : | |
| *Defendant* : | |

## O R D E R

**AND NOW,** this 25th day of October, 2013, upon consideration of Defendants' second *motion to dismiss* [ECF 7], Plaintiff's response [ECF 10], and the allegations contained in the amended complaint [ECF 8], and for the reasons set forth in the Memorandum filed on this day, it is hereby **ORDERED** that the motion to dismiss, as requested, is **GRANTED**, and all claims contained in the amended complaint, with the exception of Count VI, Malicious Prosecution, are dismissed, with prejudice.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**