IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO CLARK<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 13-2204 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al.*<br>*Defendants* | : | |

# O R D E R

**AND NOW**, this 25th day of September 2014, upon consideration of Defendant City of Philadelphia's *motion for summary judgment* pursuant to Federal Rule of Civil Procedure 56(c), [ECF 22], no response in opposition thereto, the amended complaint, [ECF 8], and consistent with the memorandum opinion filed on this day, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff's remaining claim against Defendant City of Philadelphia is **DISMISSED** with prejudice and said Defendant is dismissed as a party from this action. Further, Plaintiff's claims for malicious prosecution in Count VI of his amended complaint against Defendant Police Officers Michael Vargas and Dominic Mathis are **DISMISSED**, without prejudice. The Clerk is directed to close this matter.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.